UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOAO SARABANDO  Plaintiff, | |
| -v- | Case No. _____ |
| DECORA CONSTRUCTION & SONS, DECORA CONSTRUCTION LLC, & FRANCISCO TAVARES  Defendant. | **Rule 7.1 Statement** |

08 CIV. 6895

ROBINSON

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__JOAO SARABANDO_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 07/31/08

Signature of Attorney

Attorney Bar Code: BC0689

Form Rule7_1.pdf  SDNY Web 10/2007